BENJAMIN B. WAGNER
United States Attorney
YASIN MOHAMMAD
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare St.
Fresno, CA 93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>MIGUEL LOZA,<br><br>              Defendant. | CASE NO. 1:12-CR-005 AWI<br><br>**STIPULATION TO SET CHANGE OF PLEA**<br><br>Date:  August 6, 2012<br>Time:  10:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

Trial in this case is set for September 18, 2012. The pre-trial conference is set for September 4, 2012 and pre-trial motions are due by August 13, 2012. Defense counsel has informed the government that he would like to set this case for a change of plea on August 6, 2012. Defense counsel will provide the government a signed plea agreement on that date.

The Parties hereby stipulate and request that this case be set for a change of plea on August 6, 2012 at 10:00 a.m. All dates and time exclusions should remain in effect until the change of plea is entered in open court.

DATED: August 2, 2012                          By: /s/ Yasin Mohammad_____
                                                                        YASIN MOHAMMAD
                                                                        Assistant U.S. Attorney

DATED: August 2, 2012                          By: /s/ Jon Renge         _____
                                                                        JON RENGE
                                                                        Attorney for Miguel Loza

1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MIGUEL LOZA,<br><br>    Defendant. | CASE NO. 1:12-CR-005 AWI<br><br>**ORDER SETTING CHANGE OF PLEA**<br><br>Date: August 6, 2012<br>Time: 10:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

### [PROPOSED] ORDER

  IT IS HEREBY ORDERED THAT this case is set for a change of plea on August 6, 2012 at 10:00 a.m. All previously set dates and time exclusions shall remain in effect until the change of plea is entered in open court.

IT IS SO ORDERED.

Dated: August 2, 2012      _____
                  CHIEF UNITED STATES DISTRICT JUDGE