IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:12-cr-00005-AWI-BAM |
| Plaintiff, | ) ORDER OF RELEASE |
| vs. | ) |
| MIGUEL LOZA, | ) |
| Defendant. | ) |

The above named defendant having been sentenced on January 25, 2016 to 53 days (TIME SERVED),

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: January 25, 2016   _____
                           SENIOR DISTRICT JUDGE

Order of Release - 1